IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO:

MARIA CARBAJO,

        Plaintiff,

v.

COSTCO WHOLESALE
CORPORATION,

        Defendant.
_____/

## COMPLAINT

COMES NOW, the Plaintiff, Maria Carbajo, by and through her undersigned counsel, and sues the Defendant, Costco Wholesale Corporation, and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of THIRTY THOUSAND DOLLARS ($30,000.00).

2. At all times material hereto, Plaintiff, Maria Carbajo, was a resident of Miami-Dade County, Florida and is otherwise *sui juris*.

3. At all times material hereto, Defendant, Costco Wholesale Corporation, was a Florida Corporation authorized and existing under the laws of the State of Florida and doing business in Miami-Dade County, Florida.

4. At all times material hereto Defendant, Costco Wholesale Corporation, was operating the supermarket located at 16580 NW 59th Ave., Miami Lakes, FL 33014.

5. At all times material hereto, the Plaintiff, Maria Carbajo, was a business invitee of Costco Wholesale Corporation, and lawfully upon said premises.

### COUNT I

6. Plaintiff re-alleges and re-avers the allegations of paragraphs 1 through 5 above as though fully set forth herein.

7. At all times material hereto, the Defendant, Costco Wholesale Corporation, had a duty to maintain the aforesaid premises in a reasonably safe condition for the safety of its business invitees and, particularly, Plaintiff, Maria Carbajo.

8. At all times material hereto, the Defendant, Costco Wholesale Corporation, had a duty to maintain the aforesaid premises free of transitory foreign objects or substances that might foreseeably give rise to loss, injury or damage.

9. On November 12, 2017, Plaintiff, Maria Carbajo, was walking inside the aforementioned premises at 16580 NW 59th Ave., Miami Lakes, FL 33014, when she slipped on foreign objects or substances, causing her to fall and sustain serious and permanent personal injuries.

10. Defendant, Costco Wholesale Corporation, by and through its employees and/or authorized agents, breached said duties owed by committing one or more of the following negligent acts or omissions:

    a. Creating a dangerous and defective condition to wit: by negligently and carelessly maintaining premises.

    b. Failing to take appropriate safety measures to remove and/or eliminate the danger of foreign objects or substances on the floor that might foreseeably give rise to loss, injury or damage;

    c. Failing to warn of said dangerous condition or, in the alternative, allowing said dangerous condition to remain when a reasonable inspection would have disclosed same; and

    d. Permitting the dangerous condition to remain when it knew or should have known that it posed a hazardous condition to all business invitees and particularly herein, Plaintiff, Maria Carbajo.

11. Defendant, Costco Wholesale Corporation, knew or, in the exercise of reasonable care, should have known of said dangerous and defective condition.

12. Defendant, Costco Wholesale Corporation, failed to warn of said dangerous and defective condition or, in the alternative, allowed said condition to remain for a period of time sufficient in which a reasonable inspection would have disclosed same.

13. As a direct and proximate result of the Defendants, Costco Wholesale Corporation's negligence as aforesaid, the Plaintiff, Maria Carbajo, was injured in and about her body and extremities, suffered pain there from, suffered scarring, suffered physical handicap, suffered

permanent injury within a reasonable degree of medical probability which has in the past and within a reasonable degree of medical probability will have in the future a material degree of bearing in said Plaintiff's ability to resume her normal activity and lifestyle.

14. As a further direct and proximate result of the Defendant, Costco Wholesale Corporation's negligence as aforesaid, the Plaintiff, Maria Carbajo, has incurred medical expenses in the past and within a reasonable degree of medical probability will continue to incur them in the future.

WHEREFORE, the Plaintiff, Maria Carbajo, demands judgment against the Defendant, Costco Wholesale Corporation, together with Court costs and further relief as this Court deems just.

### DEMAND FOR JURY TRIAL

The Plaintiff, Maria Carbajo, hereby demands trial by jury of all issues so triable.

DATED this 28th day of September 2020.

FLEITES LAW, P.A.
Attorneys for Plaintiff
1800 SW 27th Ave. Suite 500
Miami, FL 33145
Telephone: 305.643.0300
Facsimile: 305.643.0332
Service@fleiteslaw.com

By: S/ Katiana B. Fleites
Katiana B. Fleites Esq.
(Fla. Bar No. 13471)